United States District Court
Southern District of Texas

**ENTERED**

April 30, 2026

Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | |
|---|---|
| G&G Closed Circuit Events, LLC, §<br>*1/7/2023 Davis v. Garcia Championship* §<br>*Fight Program,* §<br> §<br>Plaintiff, §<br> §<br>v. §<br> §<br>Crave Restaurant and Lounge, LLC §<br>d/b/a Crave Restaurant and Lounge §<br>and Ngwe Jasper §<br>d/b/a Crave Restaurant and Lounge, §<br> §<br>Defendants.. § | Civil Action No. H-26-031 |

## FINAL JUDGMENT

In accordance with the court's Order of Dismissal, this action is **DISMISSED WITHOUT PREJUDICE**.

This is a **FINAL JUDGMENT**.

The Clerk shall provide a copy of this Final Judgment to the parties.

SIGNED at Houston, Texas, this 30th day of April, 2026.

_____
SIM LAKE
UNITED STATES DISTRICT JUDGE